# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**THOMAS MARSHALL SULLIVAN**                                              **PLAINTIFF**

**V.**                     **3:09CV00009 JMM**

**GARY PRINCE d/b/a PRINCE CONSTRUCTION,**
**BRYAN KIDD AND SARA KIDD**                                    **DEFENDANTS**

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached between Plaintiff Thomas Marshall Sullivan and Separate Defendants Bryan and Sara Kidd the Court finds that Defendants Bryan and Sara Kidd should be dismissed from the case. Pursuant to the Notice of Dismissal by Defendant Gary Prince, the crossclaim against Bryan and Sara Kidd is also dismissed.

The complaint against Bryan and Sara Kidd is hereby dismissed with prejudice. The crossclaim against Bryan and Sara Kidd is dismissed without prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action against these defendants if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 22nd day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE