### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THOMAS MARSHALL SULLIVAN                                             PLAINTIFF
originally identified as Sullivan & Associates, LLC

vs.                            CASE NO. 3:09cv00009 JMM

GARY PRINCE d/b/a Prince Construction                                DEFENDANT

## ORDER OF DISMISSAL

Based on the Notice of Settlement (DE #49), the Court finds that this case should be dismissed. The jury trial scheduled March 15, 2010, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 16th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE